Jennifer L. Crow, OSB No. 105601
jen@scheer.law
Amanda Bowers, OSB No. 193351
mandieb@scheer.law
Scheer.Law PLLC
715 SW Morrison Street, Suite 912
Portland, OR 97205
Phone: (503) 446-1767

*Attorneys for Defendants Deluxe
Transport LLC and Harkaran Singh Somal*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SANTOS RAMON SANCHEZ, and KRISTIN SANCHEZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DELUXE TRANSPORT LLC, a foreign corporation, and HARKARAN SINGH SOMAL, an individual,<br><br>　　　　　Defendants. | CASE NO. 6:25-cv-01266-AP<br><br>STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of all claims in this action in their entirety WITH PREJUDICE and without an award of fees or costs to either party.

　　　IT IS SO ORDERED all claims are hereby dismissed with prejudice and without costs to any party.

　　　DATED this __25th__ day of ___November___, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Amy E. Potter
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Amy E. Potter

STIPULATED DISMISSAL OF CLAIMS
WITH PREJUDICE – PAGE 1

**SCHEER.LAW PLLC**
715 SW MORRISON, SUITE 912
PORTLAND, OR 97205
P: (206) 800-4070

**IT IS SO STIPULATED:**

| PARKE GORDON LLC | SCHEER.LAW PLLC |
|---|---|
| */s/ Joel T. Janke* <br> Joel T. Janke, OSB 143471 <br> joel@parkegordon.com <br> Attorney for Plaintiffs | */s/ Amanda Bowers* <br> Jennifer L. Crow, OSB No. 105601 <br> jen@scheer.law <br> Amanda Bowers, OSB No. 193351 <br> mandieb@scheer.law <br> Attorney for Defendants |

STIPULATED DISMISSAL OF CLAIMS
WITH PREJUDICE – PAGE 2

**SCHEER.LAW PLLC**
715 SW MORRISON, SUITE 912
PORTLAND, OR 97205
P: (206) 800-4070